UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                        :
DAVID BIXLER, Individually and On       :
Behalf of All Others Similarly Situated :
                                        :
            Plaintiff,                  :    Civil Action No. 08-920 (JAP)
        v.                              :
                                        :
OPNEXT, INC., et al.                    :
                                        :
            Defendants.                 :
_____:
                                        :
KAREN COLEMAN, Individually and On      :
Behalf of All Others Similarly Situated :
                                        :
            Plaintiff,                  :    Civil Action No. 08-1222 (JAP)
        v.                              :
                                        :
OPNEXT, INC., et al.                    :
                                        :
            Defendants.                 :
_____:
                                        :
WILLIAM G. JOHNSON, Individually and    :
 On Behalf of All Others Similarly Situated  :
                                        :
            Plaintiff,                  :    Civil Action No. 08-1451 (JAP)
        v.                              :
                                        :
OPNEXT, INC., et al.                    :    **ORDER**
                                        :
            Defendants.                 :
_____:

Presently before the Court is a motion filed in each of the above cases by New Jersey

Building Laborers Pension Fund ("NJBLPF") for leave to file a surreply with respect to a motion

by Warren Stobbe to be appointed lead plaintiff.  Also before the Court are motions by various

parties to consolidate the above-captioned actions.[1]  The Court having reviewed the submissions of the parties, and the Court finding additional briefing on the motion by Stobbe to be unnecessary; and the Court further finding that these cases present common issues of law and fact, and in the interest of judicial economy and efficiency, and for good cause,

**IT IS** on this 22nd day of May, 2008,

**ORDERED** NJBLPF's motion for leave to file a surreply [docket entry #23 in Civ. No. 08-920; #22 in Civ. No. 08-122 and #19 in Civ. No. 08-1451] is **DENIED**; and it is

**FURTHER ORDERED** that the motions to consolidate [docket entries #7, 8, 9, 11, 13 in Civ. No. 08-920; #9, 10, 11, 13 in Civ. No. 08-1222; and #7, 8, 10 in Civ. No. 08-1451] are **GRANTED**;

**FURTHER ORDERED** that the above captioned civil actions be consolidated for all purposes; and it is

**FURTHER ORDERED** that all future filings and submissions to the Court shall be made under Civil Action No. 08-920 (JAP); and it is

**FURTHER ORDERED** that Civil No. 08-1222 and 08-1451 are ADMINISTRATIVELY TERMINATED.

/s/ JOEL A. PISANO
United States District Judge

---

[1]Several other motions seeking the appointment of lead plaintiff and the appointment of lead/liaison counsel are also pending before the Court.  They are not, however, addressed by this Order.